JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROCKET LAB USA, INC. DERIVATIVE LITIGATION | Case No. CV 25-3361-GW-MAAx |
| | (Consolidated) |
| This Document Relates to: | **ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) & 23.1(c)** |
| ALL ACTIONS | |
| | Assigned to: Hon. George H. Wu |

Based on the Parties' Stipulation, and good cause appearing, **IT IS HEREBY ORDERED**, pursuant to Rule 23.1(c) and 41(a) of the Federal Rules of Civil Procedure that:

1.      This Consolidated Derivative Action is dismissed in its entirety, without prejudice;

2.      Each side shall bear its own costs, fees, and expenses, including attorneys' fees; and

3.      For the reasons noted in the Stipulation of Voluntary Dismissal filed on May 27, 2026 (Dkt. No. 22), notice of this dismissal to Rocket Lab stockholders is not required.


Dated: May 28, 2026

George H. Wu
_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

1